UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SARAH ADELSON,                                      :       **NOTICE OF REMOVAL**
                                                    :
                                                    :
                                                    :       Index No. 16 Civ. 4868
                        Plaintiff,                  :
                                                    :       Supreme Court of the State of
       -against-                                    :       New York
                                                    :       County of New York
FEDERAL RESERVE BANK OF NEW YORK,                   :       Index No.: 154522/2016
                                                    :
                                                    :
                        Defendant.                  :
------------------------------------------------------------------------X

       PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, defendant Federal Reserve Bank of New York ("New York Fed") hereby removes this action from the Supreme Court of the State of New York, to the United States District Court for the Southern District of New York.  In support of this notice, Defendant states:

       1.      Plaintiff commenced this action by filing a complaint in the Supreme Court of the State of New York, County of New York, on or about May 31, 2016.  Defendant was served with a copy of the Summons and Complaint by hand on June 3, 2016.  Copies of the Summons and Complaint are attached hereto as Exhibit 1.

       2.      This Notice of Removal is timely under 28 U.S.C. § 1446(b), as it is filed within 30 days after receipt by Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.  28 U.S.C. §1446(b).

       3.      Pursuant to 12 U.S.C. § 632, matters to which Federal Reserve Banks, such as the New York Fed, are a party are "deemed to arise under the laws of the United States, and the

district courts of the United States shall have original jurisdiction of all such suits." Removal is therefore available under 28 U.S.C. §§ 1331 and 1441.

4. The New York Fed will file a copy of this Notice of Removal with the Clerk of the New York State Supreme Court, New York County, in accordance with 28 U.S.C. § 1446(d). The New York Fed will also promptly serve a copy of this Notice on the Plaintiff.

5. Defendant hereby appears solely for the purpose of removal and for no other purpose and reserves all defenses available to it.

Dated:   New York, New York
         June 23, 2016

                                        By: *s/ Jennifer Spain*
                                        David Gross
                                        Jennifer Spain
                                        Federal Reserve Bank of New York
                                        33 Liberty Street
                                        New York, New York 10045
                                        (212) 720-2346
                                        David.Gross@ny.frb.org
                                        Jennifer.Spain@ny.frb.org

                                        *Attorneys for Defendant Federal Reserve Bank of New York*